JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 922 -- In re Trans-Pacific Insurance Company, et al., Medical Malpractice
Insurance Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 92/01/24 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SVC. -- filed by Anthony P. McDonald, M.D., D. Orvin Jenkins, M.D., Charles E. Lore, M.D. and Babers, Lore & Associates, P.A. for transfer of actions -- SUGGESTED TRANSFEREE DISTRICT:  S.D. Georgia -- SUGGESTED TRANSFEREE JUDGE: ? (ds) |
| 92/01/28 | | REVISED COVER PAGES (ORIGINALS ONLY) OF MOTION, BRIEF, SCHEDULE OF ACTIONS AND PROOF OF SVC. -- filed by Anthony P. McDonald, M.D., D. Orvin Jenkins, M.D., Charles E. Lore, M.D. and Babers, Lore & Associates, P.A. (filed on 1/24/92 and received on 1/28/92) (attached to pldg. #1) (ds) |
| 92/02/04 | | APPEARANCE -- BOBBY JONES, ESQ. for Channing S. Jun, M.D.; WILLIAM F. SWEENEY, ESQ. for Casualty Assurance Risk Insurance; Brokerage Co. of Guam; and Trans-Pacific Insurance Co.; CHARLES L. WILKINSON, III, ESQ. for Charles L. Wilkinson, III, Equity Receiver; PAUL W. GRIMM, ESQ. for James A. Gordon; FRED I. LEWIS for State of Texas, Texas State Board of Insurance (bas) |
| 92/02/04 | | APPEARANCE -- TOBY S. MONACO, ESQ. for Anthony P. McDonald, M.D.; D. Orvin Jenkins, M.D.; Charles E. Lore, M.D.; and Babers, Lore & Associates, P.A. (bas) |
| 92/02/06 | | APPEARANCE -- GEOFFREY R. GARINTHER, ESQ. (Asst U.S. Atty.) for United States of America (bas) |
| 92/02/10 | | APPEARANCE -- TERI H. ASHBY, ESQ. for Bank of America National Trust and Savings Association (bas) |
| 92/02/13 | 2 | RESPONSE (to pldg. #1) -- filed by pltfs. James A. Gordon, Special Deputy Insurance Commissioner for the State of Maryland and Receiver for Trans-Pacific Insurance Company, F.S.M., et al.; Anthony P. McDonald, M.D., et al.; Charles L. Wilkinson, III, Equity Receiver for Channing S. Jun, M.D., et al.; Bank of America; and United States of America -- w/cert. of svc. (bas) |
| 92/02/20 | | HEARING ORDER -- setting motion to transfer for Panel Hearing on March 27, 1992 in Chicago, Illinois (ds) |

P. 2

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 922 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/03/10 | 3 | RESPONSE (to pldg. #1) -- filed by deft. State of Texas. Texas State Board of Insurance w/cert. of svc. (ds) |
| 92/03/20 | | AMENDED APPEARANCE -- PAUL W. GRIMM, ESQ. for Casualty Assurance Risk Insurance Brokerage Co. of Guam; Trans-Pacific Insurance Co., F.S.M.; International Bohemian Insurance Co.; Professional Risk Insurers Management Exclusive; New World Bank; Commonwealth Risk Management Co.; Regency Holding Corp.; New World Financial Trading Reinsurance Corp. -- w/cert. of svc. (rh) |
| 92/03/27 | | WAIVERS OF ORAL ARGUMENT (for Panel hearing on 3/27/92, in Chicago, Illinois) -- All Parties Waived (ds) |
| 92/04/15 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable William M. Nickerson (kac) |
| 92/04/15 | | TRANSFER ORDER -- transferring A-1, A-2 and A-4 to the District of Maryland -- Notified involved counsel, judges, clerks and misc. recipients (kac) |

JPML Form 1

Revised: 8/78

## DOCKET NO. 922 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE TRANS-PAVIFIC INSURANCE COMPNAY, ET AL., MEDICIAL MALPRACTICE INSURANCE LITIGATION

### SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | April 15, 1992 | TO | Unpublished | D. Maryland | Hon. William M. Nickerson | |

### Special Transferee Information

DATE CLOSED: 10/20/92

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 922 -- In reTrans-Pacific Insurance Company, et al., Medical Malpractice Insurance Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Channing S. Jun, M.D. v. Casualty Assurance Risk Insurance Brokerage Company of Guam, et al. | G.A. S N.Y.,S. Bowen | CV-389-017 | 4/15/92 | 92-1349 | 10/20/92 | D |
| A-2 | Bank of America v. Trans-Pacific Insurance Company, et al. | Cal.,N. Legge | C-91-4474-CAL | 4/15/92 | 92-1533 | 10/20/92 | ✓ |
| A-3 | United States of America v. Norman Bramson, et al. | Md. Nickerson | WN-91-2629 | | | 10/20/92 | |
| A-4 | Bank of America National Trust and Savings Association v. Trans-Pacific Insurance Company, et al. | Cal.,N. Legge | 91-CV-4505 | 4/15/92 | 92-1534 | 10/20/92 | ✓ |
| | Channing S. Sun, M.D., et al. v. Norman Bramson, et al. | MD Nickerson | 92-MD-922 | | | 10/20/92 | |

Sept. 92 3+R/2NY3/5 pending

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 922 -- In re Trans-Pacific Insurance Company, et al., Medical Malpractice Insurance Litigation

========================================================================

CHANNING S. JUN, M.D. (A-1)
Bobby Jones, Esq.
Doremus, Jones & Smith, P.C.
Post Office Box 296
Metter, GA   30439

BANK OF AMERICA (A-2)(A-4)
Teri Ashby
Bank of America NT&SA  *does not*
555 California Street, 7th Floor  *want to*
San Francisco, CA  94104  *be included*

UNITED STATES OF AMERICA (A-3)
Geoffrey R. Garinther, Esq.
Carmina S. Hughes, Esq.
Assistant U.S. Attorneys
820 U.S. Courthouse
101 West Lombard Street
Baltimore, MD   21201-2692

CHARLES L. WILKINSON, III,
   EQUITY RECEIVER
Charles L. Wilkinson, III, Esq.
P. O. Box 1565
Augusta, GA   30903

STATE OF TEXAS, TEXAS STATE BOARD
   OF INSURANCE
Fred I. Lewis
Texas Attorney's General Office-
   Finance Division
P. O. Box 12548
Austin, TX   78711

ANTHONY P. MCDONALD, M.D.
D. ORVIN JENKINS, M.D.
CHARLES E. LORE, M.D.
BABERS, LORE & ASSOCIATES, P.A.
Toby S.  Monaco, Esq.
Post Office Box 15508
Gainesville, FL   32604-5508

CASUALTY ASSURANCE RISK INSURANCE
   BROKERAGE COMPANY OF GUAM
TRANS-PACIFIC INSURANCE COMPANY,
   F.S.M.
INTERNATIONAL BOHEMIAN INSURANCE
   COMPANY
PROFESSIONAL RISK INSURERS
   MANAGEMENT EXCLUSIVE
NEW WORLD BANK
COMMONWEALTH RISK MANAGEMENT
   COMPANY
REGENCY HOLDING CORP.
NEW WORLD FINANCIAL TRADING
   REINSURANCE CORPORATION
JAMES A. GORDON, SPECIAL DEPUTY
   INSURANCE COMMISSIONER OF THE
   STATE OF MARYLAND
RECEIVER FOR TRANS-PACIFIC
   INSURANCE COMPANY, F.S.M., ET AL.
Paul W. Grimm, Esq.
Niles, Barton & Wilmer
1400 Legg Mason Tower
111 S. Calvert St.
Baltimore, MD   21202-6185

JOHN GARAMENDI
(No appearance received)
John Garamendi
Insurance Commissioner
Department of Insurance
100 Van Ness Avenue
San Francisco, CA   94102

PHYLLIS BRAMSON MARIN
(No appearance received)
Phyllis Bramson Marin
6110 Timothy Court
Columbia, MD

JPML Form 4 -- Continuation

Panel Attorney Service List -- p.2

DOCKET NO. 922 --   In re Trans-Pacific Insurance Company, et al., Medical
                    Malpractice Insurance Litigation

================================================================================

RONALD BRAMSON
(No appearance received) *Corr. ret.*
Ronald Bramson
2555 Pennsylvania Ave., N.W.
Suite 719
Washington, DC

MARTIN BRAMSON
(No appearance received)
Martin Bramson
c/o Joseph P. Kennedy, Esq.
413 Main Street
Laurel, MD  20707

DENNIS SIMON, D/B/A INTERNATIONAL
   SECRETARIAL SERVICES
METROPOLITAN SUPPORT SERVICES,
   INC.
(No appearance received) *Corr. returned*
Dennis Simon, Esq.
4725 Dorsey Hall Road
Suite A808
Ellicott City, MD  21043

JOHN A. DONAHO
John A. Donaho
Insurance Commissioner
c/o James A. Gordon
Maryland First Financial
   Services Corporation
415 St. Paul Place
Baltimore, MD  21202

NORMAN BRAMSON
LEONARD BRAMSON
Unable to Determine Counsel or
   Address

CHARLES L. WILKINSON, III (Deft. A-4)
Donald E. Bailey, Esq.
444 Market Street, Suite 930
San Francisco, CA  94111

JOHN GARAMENDI (Deft. A-4)
Randall P. Borcherding, Esq.
Daniel E. Lungren
CA State Atty General's Office
455 Golden Gate Avenue
Suite 6200
San Francisco, CA  94102

JPML FORM 3

p. 1

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 922 -- In re Trans-Pacific Insurance Company, et al., Medicial Malpractice Insurance Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Casualty Assurance Risk Insurance Brokerage Co. of Guam | A-1 |
| Trans-Pacific Insurance Co. | A-1, A-2, A-4 |
| Charles L. Wilkinson, III | A-2 |
| State of Texas | A-2, A-4 |
| U.S.A. | A-2, A-4 |
| Anthony P. McDonald, M.D. | A-2, A-4 |
| Orvin Jenkins, M.D. | A-2 |
| Charles E. Lore, M.D. | A-2, A-4 |
| Babers, Lore & Associates, P.A. | A-2, A-4 |
| John Garamendi, Insurance Commissioner for the State of California | A-2, A-4 |
| Norman Bramson | A-3 |

p. __2__

| | |
|---|---|
| Martin Bramson (x) | A-3 |
| Leonard Bramson (x) | A-3 |
| Ronald Bramson (x) | A-3 |
| Carl Bramson (x) | A-3 |
| Phyllis Bramson Marin (x) | A-3 |
| Denis Simon, d/b/a Int'l Secretarial Services (X) | A-3 |
| Metropolitan Support Services, Inc. | A-3 |
| International Bohemian Insurance Company | A-3 |
| Professional Risk Insurers Management Exclusive | A-3 |
| New World Bank | A-3 |
| Commonwealth Risk Management Company | A-3 |

JPML FORM 3

p. __3__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _922_ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Regency Holding Corporation | A-3 |
| New World Financial Trading Reinsurance Corporation | A-3 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |