

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
FILED

APR 15 1992

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 922

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE TRANS-PACIFIC INSURANCE COMPANY, ET AL., MEDICAL MALPRACTICE INSURANCE LITIGATION*

*BEFORE JOHN F. NANGLE, CHAIRMAN, S. HUGH DILLIN, MILTON POLLACK, LOUIS H. POLLAK, HALBERT O. WOODWARD, ROBERT R. MERHIGE, JR.,\* AND WILLIAM B. ENRIGHT, JUDGES OF THE PANEL*

## TRANSFER ORDER

All parties to the four actions listed on the attached Schedule A either agree upon the desirability of, or do not oppose, transferring, pursuant to 28 U.S.C. §1407, the actions pending in districts other than the District of Maryland to that district for coordinated or consolidated pretrial proceedings with the action pending there. On the basis of the papers filed,[1] the Panel finds that the four actions involve common questions of fact, and that centralization of these actions in the District of Maryland will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.[2]

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the District of Maryland be, and the same hereby are, transferred to the District of Maryland and, with the consent of that court,

---

\* Judge Merhige took no part in the decision of this matter.

[1] The parties waived oral argument and accordingly the question of Section 1407 transfer of these actions was submitted on the briefs. Rule 17, R.P.J.P.M.L., 120 F.R.D. 251, 262 (1988).

[2] The Section 1407 motion in this docket encompassed three of the four actions listed on Schedule A: the first Northern District of California action (*Bank of America*), the Maryland action and the Northern District of Georgia action. The second Northern District of California action (*Bank of America II*) is included in our transfer order because *Bank of America* and *Bank of America II* are in all important respects the same action, in the sense that they were instituted in federal court by the filing of two separate notices of removal with respect to the same California state court action.

- 2 -

assigned to the Honorable William M. Nickerson for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

John F. Nangle
Chairman

SCHEDULE A

<u>MDL-922</u> -- <u>In re Trans-Pacific Insurance Company, et al., Medical Malpractice Insurance Litigation</u>

### Northern District of California

<u>Bank of America v. Trans-Pacific Insurance Co., et al.</u>,
  C.A. No. C91-4474-CAL
<u>Bank of America v. Trans-Pacific Insurance Co., et al.</u>,
  C.A. No. C91-4505-CAL

### District of Maryland

<u>United States of America v. Norman Bramson, et al.</u>,
  C.A. No. WN-91-2629

### Southern District of Georgia

<u>Channing S. Jun, M.D. v. Casualty Assurance Risk Insurance Brokerage Company of Guam, et al.</u>, C.A. No. CV-389-017